**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Case No. 1:23-cv-02321-CNS

MARK O'BRIEN,

Plaintiff,

v.

CENTURA HEALTH CORPORATION,

DEFENDANT.

---

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

---

Plaintiff Mark O'Brien and Defendant Centura Health Corporation submit this Joint Stipulation of Dismissal with Prejudice of the above-styled matter, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). This action, in full and including all claims, is dismissed with prejudice, with each party to bear and pay his/its own costs and attorneys' fees, and neither party constituting a "prevailing party" under any applicable law.

95519459.2

|  |  |
|---|---|
| Mitchiner Law, LLC | Respectfully submitted,<br><br>POLSINELLI PC |
| By:/s/ Thomas H. Mitchiner<br>Thomas H. Mitchiner<br>1240 S. Parker Rd. Suite 103<br>Denver, CO 80231<br>720-538-0371<br>tmitchiner@mitchinerlawllc.com<br><br>*Attorney for Plaintiff* | By: */s/ Meghan H. Hanson*<br>  KAREN K. CAIN (admitted D. Colo. 6.22.07)<br>  900 W. 48th Place, Suite 900<br>  Kansas City, MO 64112<br>  Telephone: (816) 753-1000<br>  Facsimile: (816) 753-1536<br>  kcain@polsinelli.com<br><br>  MATTHEW E. KAPSAK (CO# 50238)<br>  MEGHAN H. HANSON (admitted D. Colo. 3/6/24)<br>  1401 Lawrence Street, Suite 2300<br>  Denver, CO 80202<br>  Telephone: (303) 572-9300<br>  Facsimile: (303) 572-7883<br>  mkapsak@polsinelli.com<br>  mhanson@polsinelli.com<br><br>  ATTORNEYS FOR DEFENDANT |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing pleading was served by (__) United States Mail, postage prepaid; ( X ) ECF Notification System; (__) E-mail; and/or (____) Hand Delivery this 14th day of June 2024, to:

Thomas H. Mitchiner
Mitchiner Law, LLC
1240 S. Parker Rd. Suite 103
Denver, CO 80231
720-538-0371
tmitchiner@mitchinerlawllc.com

ATTORNEY FOR PLAINTIFF

  */s/  Meghan H. Hanson*
  Attorney for Defendant

2

95519459.2